[No. 15104–5–I.   Division One.   January 13, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE
J. MORENO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00810–1, Stuart C. French, J., entered July 16, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Ringold, JJ.

[No. 14959–8–I.   Division One.   January 13, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
KENNETH JENNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00530–7, Patricia H. Aitken, J., entered June 14, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Ringold, JJ.

[Nos. 12581–8–I; 13661–5–I.   Division One.   January 13, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
REY RIVAS, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 82–1–00152–9, Walter J. Deierlein, Jr., J., entered December 10, 1982, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Corbett, C.J., concurred in by Williams and Ringold, JJ.